1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

**FILED**

5

6 | Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944

JUN 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7 | Telephone: (831) 242-6394

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SALINAS DIVISION

12

13 | UNITED STATES OF AMERICA,    ) Criminal No.: CR 09-01075 MAG
                                )
14 |       Plaintiff,            )
                                ) MOTION AND [PROPOSED] ORDER TO
15 | vs.                         ) DISMISS INFORMATION
                                )
16 | MELINDA L. COKELY,          )
                                )
17 |       Defendant.            )
     _____)

18

19 | 1. The United States moves that all charges in the Information filed in the above captioned

20 | case on November 4, 2009, be dismissed.

21 | 2. The United States makes this motion in the interests of Justice.

22

23 |                              JOSEPH P. RUSSONIELLO
                                 United States Attorney

24

25 |                              /s/ Robert N. Michaels

26 |                              ROBERT N. MICHAELS
                                 Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER            1
TO DISMISS INFORMATION
US v. MELINDA L. COKELY

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __6/15__ 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge